IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-356-BO-5

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MORLAYE SYLLA<br>　　　　Defendant. | **ORDER TO SEAL**<br><br>**EXHIBIT 3** |

Upon Motion of the Defendant, it is hereby ORDERED that Exhibit 3 in Defendant's Motion to Suppress (D.E. 100) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk of Court provide a signed copy of this Order to Seal to Attorney for Defendant, Leza Driscoll and Attorney for the Government, Susan Menzer.

This the _6_ day of April, 2018.

　　　　　　　　　　　　　　　　　_/s/ Terrence Boyle_
　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE